IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ARRAS, SPECIAL ADMINISTRATOR
OF THE ESTATE OF DONOVAN ARRAS, DECEASED        PLAINTIFF

VS.                    Civil No. 4:16-cv-676

SALINE COUNTY, ARKANSAS; JP MASSIET,
Individually and in his official capacity as Detention
Administrator of the Saline County Detention Center
Of Saline County, Arkansas; RODNEY WRIGHT, Individually
and in his official capacity as Sheriff of Saline County,
Arkansas; SOUTHERN HEALTH PARTNERS, INC.;
And JANE AND JOHN DOES I-V                       DEFENDANTS

## SEPARATE DEFENDANT SOUTHERN HEALTH PARTNERS, INC.'S ANSWER TO CROSSCLAIM AND CROSSCLAIM OF SOUTHERN HEALTH PARTNERS, INC.

**COMES NOW, Southern Health Partners, Inc.** and answers as follows:

1. Cross-Defendant Southern Health Partners admits that, at all times relevant, it was providing health services to inmates at Saline County Detention Center by and through a contract with Saline County, Arkansas. Separate Defendant denies the remaining material allegations of Paragraph 83 of Crossclaim (Doc. 3).

2. Cross-Defendant Southern Health Partners admits that the excerpt representing Paragraph 8.3 of the contract as set forth in Paragraph 84 is a true and correct excerpt of the contract. Cross-Defendant Southern Health Partners denies the remaining material allegations of Paragraph 84.

3. Separate Defendant Southern Health Partners denies that it is liable to Cross-claimant for any actions or inactions of its agents or employees.

**CROSSCLAIM**

4. At all times relevant to the facts and circumstances alleged in Plaintiff's Complaint, Southern Health Partners was providing health care services to inmates at the Saline County Detention Center by and through a contract with Saline County, Arkansas.

5. As part of the contract, Saline County agreed to "indemnify and hold harmless Southern Health Partners, its agents and employees from and against any and all claims, actions, lawsuits, damages, judgments or liabilities of any kind arising solely out of the operation of the facility and the negligence and/or action or inaction of the Sheriff, the County or their employees or agents. This duty to indemnify shall include all attorneys' fees and litigation costs and expenses of any kind whatsoever".

6. Southern Health Partners should have judgment over against Saline County for any damages awarded to Plaintiff which are attributable to the actions or inactions of any employee of agent of Saline County or Saline County Detention Center.

WHEREFORE, Southern Health Partners, Inc. requests that the Crossclaim filed against it herein be dismissed with prejudice, for judgment over against Saline County pursuant to its own Crossclaim; that costs and attorneys fees be awarded to Southern Health Partners, and for all other relief to which it may be justly entitled.

Respectfully submitted,

/s/ James L. Cook
James L. Cook; AR Bar No. 2001174
DUNN, NUTTER & MORGAN, L.L.P.
3601 Richmond Road
Texarkana, Texas 75503
Telephone: (903) 793-5651 Telecopier: (903) 794-5651
Email: jlcook@dnmlawfirm.com

**ATTORNEYS FOR SEPARATE DEFENDANT
SOUTHERN HEALTH PARTNERS, INC.**

## **CERTIFICATE OF SERVICE**

      I, James L. Cook, hereby certify that on September 28, 2016, I served a true and correct copy of the above and foregoing instrument via CM/ECF to all parties of record

                                      /s/  James L. Cook
                                      James L. Cook