IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ARRAS, SPECIAL ADMINISTRATOR
OF THE ESTATE OF DONOVAN ARRAS, Deceased　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　NO. 4:16-cv-676

SALINE COUNTY, ARKANSAS; JP MASSIET,
Individually and in his official capacity as Detention
Administrator of the Saline County Detention Center
of Saline County, Arkansas; RODNEY WRIGHT,
Individually and in his official capacity as Sheriff
of Saline County, Arkansas; SOUTHERN HEALTH
PARTNERS, INC.; AND JANE AND JOHN DOES I-V　　　　　　　　　DEFENDANTS

**SEPARATE ANSWER OF SALINE COUNTY, ARKANSAS,
JP MASSIET, AND RODNEY WRIGHT
<u>TO CROSSCLAIM OF SOUTHERN HEALTH PARTNERS, INC.</u>**

Come Saline County, Arkansas, JP Massiet, and Rodney Wright, and for their separate answer to the Crossclaim of Southern Health Partners, Inc., state:

1. They admit the allegations of paragraph 4.

2. They admit the allegations of paragraph 5.

3. They deny the allegations of paragraph 6.

WHEREFORE, Defendants Saline County, Arkansas, JP Massiet, and Rodney Wright, pray that Crossclaim of Southern Health Partners, Inc., be dismissed with prejudice; for judgment over against Southern Health Partners, Inc., pursuant to their Cross-Claim; for all costs including attorney's fees; and for all other proper relief.

　　　　　　　　　　　　　　　/s/George D. Ellis
　　　　　　　　　　　　　　　GEORGE D. ELLIS (ARK. BAR NO. 72035)
　　　　　　　　　　　　　　　Ellis Law Firm P.A.
　　　　　　　　　　　　　　　Attorney for Saline County, JP Massiet, and Rodney Wright
　　　　　　　　　　　　　　　126 North Main Street
　　　　　　　　　　　　　　　Benton, Arkansas 72015
　　　　　　　　　　　　　　　(501) 315-1000
　　　　　　　　　　　　　　　(501) 315-4222 fax
　　　　　　　　　　　　　　　gellisinbenton@swbell.net

## CERTIFICATE OF SERVICE

    On this 29th day of September, 2016, this document was filed using the CM/ECF system which will send notification to all parties in interest.

                                  /s/George D. Ellis
                                  GEORGE D. ELLIS