IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSHUA ARRAS, SPECIAL ADMINISTRATOR**
**OF THE ESTATE OF DONOVAN ARRAS, DECEASED**                    **PLAINTIFF**

**VS.**                                                   **Civil No. 4:16-cv-0676**

**SALINE COUNTY, ARKANSAS; JP MASSIET,**
Individually and in his official capacity as Detention
Administrator of the Saline County Detention Center
Of Saline County, Arkansas; **RODNEY WRIGHT,**
Individually and in his official capacity as Sheriff of
Saline County, Arkansas;
**SOUTHERN HEALTH PARTNERS, INC.;**
**AMANDA DAVIS, BREANNA OGDEN and**
**JANE AND JOHN DOES I-V**                                     **DEFENDANTS**

---

**SEPARATE DEFENDANTS, SOUTHERN HEALTH PARTNERS, INC.,**
**AMANDA DAVIS AND BREANNA OGDEN'S**
**PRE-TRIAL DISCLOSURES**

---

COME NOW, Separate Defendants **Southern Health Partners, Inc., Amanda Davis and Breanna Ogden**, and file these *Pre-Trial Disclosures* pursuant to Federal Rule of Civil Procedure 26.2 and this Court's *Amended Final Scheduling Order*:

1)    **Identity of the party submitting information.**

   Separate Defendants, Southern Health Partners, Inc., Amanda Davis, and Breanna Ogden.

**2)   Names, address, and telephone number of counsel for Defendants, Southern Health Partners, Inc., Amanda Davis and Breanna Ogden:**

DUNN, NUTTER & MORGAN, L.L.P.
James L. Cook
3512 Texas Boulevard
Texarkana, TX 75503
Telephone:  903.793.5651
Telecopier: 903.794.5651
jlcook@dnmlawfirm.com

**3)   A brief summary of claims and relief sought.**

Defendants are not seeking any affirmative relief in this matter.

**4)   Prospects for settlement.**

A settlement conference is scheduled for April 23, 2018.

**5)   The basis for jurisdiction or objections to jurisdiction.**

The United States Court for the Eastern District of Arkansas has jurisdiction of this matter because Plaintiff's cause of action is based, in part, on a federal question. See 28 U.S.C. § 1331.  To the extent that state law claims exist, this Court has supplemental jurisdiction.  See 28 U.S.C. § 1367.   Separate Defendants Southern Health Partners, Inc., Amanda Davis and Breanna Ogden have made no objection to jurisdiction.

**6)   A list of pending motions.**

There are no pending motions.  Separate Defendants may, however, file a Motion in Limine prior to the Court's deadline.

**7)   A concise summary of facts.**

Donavan Arras was incarcerated at Saline County Detention Center at the time of his death.  He had been booked into the facility on Saturday, November 7, 2015, at 1:00 P.M.  Mr. Arras was a diabetic.  At all times relevant Southern Health Partners contracted with Saline County to provide health care services to inmates at the Saline County detention center.  The

contract called for 56 hours of nursing services per week. By agreement, the nursing services were being provided on Monday through Friday. Amanda Davis and Breanna Ogden were nurses and were employees of Southern Health Partners, Inc. At times when Amanda Davis or Breanna Ogden were not on duty, the Saline County correction officers were responsible for providing routine health care monitoring and services. On November 12, Mr. Arras was placed in a holding cell in the booking area where there was constant video monitoring. The video was monitored by detention center personnel. Mr. Arras' blood sugar was checked on several occasions, and insulin was administered. Amanda Davis left the detention facility on Friday, November 13, at the end of her shift. She returned at 9:30 P.M. and checked Mr. Arras' blood sugar. The reading was 351 mg/dl. She administered insulin. She also administered Zofran for vomiting. Corporal Threlkeld contacted Amanda Davis shortly after midnight and reported that Mr. Arras' felt that his blood sugar was still high. She instructed Corporal Threlkeld to check Arras' blood sugar, and to administer insulin if elevated. Mr. Arras' blood sugar reading was 210 mg/dl, and insulin was administered accordingly. Amanda Davis had no further contact from detention center personnel regarding Donavan Arras until after his death on Sunday, November 15.

8) **All proposed stipulations.**

- Defendants stipulate to the admissibility and authenticity of the SCDC medical records and jail file of Donavan Arras.

- Southern Health Partners contracted with Saline County to provide health care services to inmates at the detention center.

- Amanda Davis and Breanna Ogden were nurses, and were employees of Southern Health Partners. The contract between Southern Health Partners and Saline County provided for 56 hours of nursing coverage per week.

- The nursing services were, by agreement, provided on a Monday through Friday basis.

- The cause of Donavan Arras' death was diabetic ketoacidosis.

Further stipulations will be discussed prior to the trial of this matter.

9) **The issues of fact expected to be contested.**

a) Whether the action or inactions of the Defendant nurses fell below any accepted standards of nursing care.

b) Whether the Defendant nurses should have had Arras transported to Saline Memorial Hospital for emergency services at some time between November 9 and November 13.

c) Whether any correction officers on duty on the weekend of November 14-15 knew or should have known that Arras' condition was critical.

d) Whether the correction officers on duty on the weekends of November 7- 8, or November 14-15, should have transported Arras to Saline Memorial Hospital for emergency services.

e) Whether the actions or inactions of the Defendant nurses were the proximate cause of Arras' death.

f) Whether the actions or inactions of the correction officers were the proximate cause of Arras' death.

10) **The issues of law expected to be contested.**

a) Whether Defendant nurses were deliberately indifferent to Mr. Arras' serious medical needs in violation of his Eighth Amendment right against cruel and unusual punishment.

b) Whether Defendant nurses are liable in their official capacities.

c) Whether the Defendant nurses are liable in their individual capacities.

11) **A list and brief description of all anticipated exhibits, segregating those exhibits the party expects to use from those the party may use.**

Exhibits that Defendants anticipate using at trial:

    a) Saline County Detention Center medical records of Donavan Arras;

    b) Saline County Detention Center jail file records;

    b) Video footage of the cell of Donavan Arras;

    c) Curriculum Vitae of Tom Fowlkes, M.D.

Exhibits that Defendants may use at trial:

    a) Saline Memorial Hospital medical records of Donavan Arras; and

    b) St. Vincent Health System medical records of Donavan Arras.

12) **The names, addresses, and telephone numbers of all anticipated witnesses, segregating those witnesses the party expects to call from those the party may call, and identifying those witnesses whose testimony will be presented by deposition. (This does not include witnesses to be used solely for impeachment or rebuttal whose identity is not yet known).**

Defendants expect to call the following persons to testify at the trial of this matter:

Amanda Davis

Breanna Ogden

Tom Fowlkes, M.D.
P.O. Box 1955
Oxford, MS 38655

Defendants may call the following persons to testify at the trial of this matter:

Any person named by Plaintiff or provided in response to discovery of any party.

13) **The current status of discovery.**

Discovery is complete.

14) **An estimate of the length of the trial.**

Two (2) days.

Respectfully submitted,

 /s/  *James L. Cook*
James L. Cook; AR Bar No. 2001174
DUNN, NUTTER & MORGAN, L.L.P.
3512 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 793-5651 Telecopier: (903) 794-5651
Email: jlcook@dnmlawfirm.com

 **ATTORNEYS FOR SEPARATE DEFENDANTS SOUTHERN HEALTH PARTNERS, INC., AMANDA DAVIS and BREANNA OGDEN**

## CERTIFICATE OF SERVICE

I, James L. Cook, hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that ECF will send an e-notice of the electronic filing to all parties.

/s/  James L. Cook
James L. Cook