IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ARRAS, SPECIAL ADMINISTRATOR
OF THE ESTATE OF DONOVAN ARRAS, Deceased                     PLAINTIFF

VS.                              NO. 4:16-cv-676

SALINE COUNTY, ARKANSAS; JP MASSIET,
Individually and in his official capacity as Detention
Administrator of the Saline County Detention Center
of Saline County, Arkansas; RODNEY WRIGHT,
Individually and in his official capacity as Sheriff
of Saline County, Arkansas; SOUTHERN HEALTH
PARTNERS, INC.; AMANDA DAVIS; BREANNA
OGDEN; AND JANE AND JOHN DOES I-V                            DEFENDANTS

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a), all parties do hereby stipulate and confirm that the above cause has been settled in full. Accordingly, the Plaintiff's Complaint, Amended Complaint, and respective cross claims of the Defendants should be dismissed with prejudice.

/s/Paige Edgin
PAIGE EDGIN (AR BAR NO. 2012240)
THE LAW OFFICES OF PETER A. MILLER
Attorneys for Plaintiff
1601 South Broadway Street
Little Rock, Arkansas 72206
501-374-6300
501-374-1244 fax
Pedgin@petermillerlaw.com

/s/George D. Ellis
GEORGE D. ELLIS (AR. BAR NO. 72035)
Ellis Law Firm, P.A.
Attorney for Defendants Saline County,
 Arkansas, J.P. Massiet, and Rodney Wright
126 North Main Street
Benton, Arkansas 72015
501-315-1000
501-315-4222 fax
gellisinbenton@swbell.net

/s/James L. Cook
JAMES L. COOK (AR BAR NO. 2001174)
DUNN, NUTTER & MORGAN, L.L.P.
Attorneys for Southern Health Partners, Inc.,
        Amanda Davis, and Breanna Ogden
3512 Texas Boulevard
Texarkana, Texas 75503
903-793-5651
903-794-5651 fax
jlcook@dnmlawfirm.com