## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOSHUA ARRAS, SPECIAL ADMINISTRATOR**                         **PLAINTIFF**
**OF THE ESTATE OF DONOVAN ARRAS**

**v.**                          **CASE NO. 4:16-CV-00676 BSM**

**SALINE COUNTY, ARKANSAS, et al.**                         **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 41], the case is

dismissed with prejudice.

IT IS SO ORDERED this 25th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE