IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSHUA ARRAS, SPECIAL ADMINISTRATOR**                         **PLAINTIFF**
**OF THE ESTATE OF DONOVAN ARRAS**

v.                      CASE NO. 4:16-CV-00676 BSM

**SALINE COUNTY, ARKANSAS, et al.**                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE